HOWARD ESTATES DEVELOPMENT CO., Respondent, v. VALENTINE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by the Howard Estates Development Company against Benjamin E. Valentine and others. No opinion. Judgment reversed, and new trial granted, costs to abide the event, for error of the court in its refusal to remit the case to Trial Term for trial by jury. See Richards v. City of New York, 149 App. Div. 923, 133 N. Y. Supp. 1142. See, also, 151 App. Div. 917, 135 N. Y. Supp. 1118.

HOWATT v. BARRETT. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Michael E. Howatt against William M. Barrett, as president, etc. No opinion. Application granted. Order signed. See, also, 78 Misc. Rep. 156, 137 N. Y. Supp. 915.

HOYT, Appellant, v. STEERS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by John S. Hoyt against Alfred E. Steers and others. N. T. Phillips, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondents. No opinion. Order (76 Misc. Rep. 21, 136 N. Y. Supp. 58) affirmed, with $10 costs and disbursements. Order filed.

HUDSON WOODWORKING CO. v. SCHLICHTER et al. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by the Hudson Woodworking Company against William Schlichter and another. G. H. Francœur, of New York City, for appellant. J. A. Allen, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUGHES, Respondent, v. HUGHES, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Sarah E. Hughes against William J. Hughes. J. A. Allen, for appellant. R. H. Hibbard, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUTTON, Appellant, v. GORNSTON, Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by William Hutton against Michael H. Gornston. L. F. Fish, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

INTERNATIONAL HARVESTER CO., Respondent, v. CHAMPLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by the International Harvester Company against S. J. Champlin and another, as executors, etc.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

LAMBERT, J., not sitting.

JACKSON, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Bernhardt Jackson against the Metropolitan Life Insurance Company. No opinion. Interlocutory judgment affirmed, with costs. See, also, 145 App. Div. 934, 129 N. Y. Supp. 1129.

JACOBS, Appellant, v. SLOSSON et al., Respondents. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Abraham Jacobs against George F. Slosson and others. David Michelsohn, of New York City, for appellant. D. G. George, of New York City, for respondents. No opinion. Order modified, as provided in order, and, as modified, affirmed, with $10 costs and disbursements to plaintiff. Order filed.

JAFFER, Appellant, v. KLEMAN et al. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Sara G. Jaffer against Anna M. Kleman and others. No opinion. Motion granted with $10 costs. Order filed.

JAMAICA WATER SUPPLY CO., Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by the Jamaica Water Supply Company against John Hill.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw his demurrer and answer, upon payment of costs.

JENKS, P. J., dissents.

JAQUISH, Respondent, v. KELLY et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by George L. Jaquish against George W. Kelly and others. No opinion. Judgment unanimously affirmed, with costs.

JENKINS & MACEY CO., Respondent, v. WESP, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by the Jenkins & Macey Company against Emil J. Wesp.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., not sitting.